IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Glass, Averill D | Case Number: 08 B 12331 |
|---|---|---|
|  |  | Judge: Squires, John H |
|  | Printed: 11/04/08 | Filed: 5/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 570.00 |  |
| Secured: |  | 532.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 37.05 |
| Other Funds: |  | 0.00 |
| Totals: | 570.00 | 570.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 0.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 18,927.00 | 532.95 |
| 3. | Internal Revenue Service | Priority | 2,590.19 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 139.48 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 88.46 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 61.79 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 43.92 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 168.65 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 60.81 | 0.00 |
| 10. | Toyota Motor Credit Corporatio | Unsecured | 41.28 | 0.00 |
| 11. | Verizon Wireless Midwest | Unsecured | 173.42 | 0.00 |
| 12. | Alliance One | Unsecured | 6.20 | 0.00 |
| 13. | Educational Credit Management Corp | Unsecured | 1,694.69 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 62.63 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 52.35 | 0.00 |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | Bank Of America | Unsecured |  | No Claim Filed |
| 18. | Payday Loan | Unsecured |  | No Claim Filed |
| 19. | America OnLine | Unsecured |  | No Claim Filed |
| 20. | Bally's | Unsecured |  | No Claim Filed |
| 21. | Clerk of The Circuit Court (Co | Unsecured |  | No Claim Filed |
| 22. | Credit Collection | Unsecured |  | No Claim Filed |
| 23. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 24. | Chase | Unsecured |  | No Claim Filed |
| 25. | McGrath & Velazquez | Unsecured |  | No Claim Filed |
| 26. | Fifth Third Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Glass, Averill D

Printed: 11/04/08

Case Number:  08 B 12331
Judge:  Squires, John H

Filed:  5/15/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Mazda | Unsecured | | No Claim Filed |
| 28. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 29. | Credit Protection Association | Unsecured | | No Claim Filed |
| 30. | M3 Financial Services | Unsecured | | No Claim Filed |
| 31. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 32. | Ocwen Federal Bank FSB | Unsecured | | No Claim Filed |
| 33. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 34. | Penncro Associates | Unsecured | | No Claim Filed |
| 35. | First Premier | Unsecured | | No Claim Filed |
| | | | $ 26,110.87 | $ 532.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 37.05 |
| | $ 37.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

